UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 03-516 (RJL) |
| JAMES ODELL BAXTER, II, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FILED**
JAN 17 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**MEMORANDUM ORDER**
(January ⁄⁄ , 2013) [Dkt. #438]

On November 9, 2012, Petitioner James O. Baxter's applied for a Certificate of Appealability. [Dkt. #438]. Petitioner seeks leave to appeal the Court's August 28, 2012 order, [Dkt. #434], denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, [Dkt. #391]. Petitioner's § 2255 motion claimed ineffective assistance of counsel and violations of his Fifth Amendment rights.

Petitioner has failed to make the necessary "substantial showing of the denial of a constitutional right" required by 28 U.S.C. § 2253(c)(2). Petitioner has failed to "demonstrate that reasonable jurists would find [the Court's] assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Based on the Court's intimate familiarity with the facts and history of the case, the parties' briefs, and the entire record herein, Petitioner's Application for Certificate of Appealability is DENIED.

Accordingly, it is hereby

**ORDERED** that Petitioner's Application for a Certificate of Appealability [Dkt. #438] is **DENIED**.

**SO ORDERED.**

                                                                  RICHARD J. LEON
                                                                  United States District Judge