IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
         )
    Plaintiff,  )  CR No. 03-516-1
         )
         )  Washington, D.C.
   vs.     )  May 3, 2018
         )  4:54 p.m.
JAMES ODELL BAXTER, II, et al. )
         )
    Defendant.  )
_____)

TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   David J. Gorman, Esq.
          Oliver W. McDaniel
          U.S. ATTORNEY'S OFFICE
          FOR THE DISTRICT OF COLUMBIA
          555 Fourth Street, NW
          Washington, DC 20530
          (202) 252-7561
          (202) 252-7559 (fax)
          david.gorman2@usdoj.gov
          oliver.mcdaniel@usdoj.gov

For the Defendant:    Jenifer Wicks, Esq.
          LAW OFFICES OF JENIFER WICKS
          400 7th Street NW
          Suite 202
          Washington, DC 20004
          (202) 393-3004
          (202) 478-0867 (fax)
          info@jwickslaw.com

APPEARANCES CONTINUED

For the Movant:                   Kathy L. Krieger
                                  JAMES & HOFFMAN, P.C.
                                  1130 Connecticut Avenue, NW
                                  Suite 950
                                  Washington, D.C. 20036
                                  (202) 496-0500
                                  (202) 496-0555 (fax)
                                  klkrieger@jamhoff.com


Probation Officer:                Ryan McClellan
                                  Darryl Hughes


Court Reporter:                   William P. Zaremba
                                  Registered Merit Reporter
                                  Certified Realtime Reporter
                                  Official Court Reporter
                                  U.S. Courthouse
                                  333 Constitution Avenue, NW
                                  Room 6511
                                  Washington, D.C. 20001
                                  (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                      P R O C E E D I N G S

 2              COURTROOM DEPUTY:  All rise.  This Honorable Court

 3   is now in session, the Honorable Judge Richard J. Leon

 4   presiding.  God save the United States and this Honorable

 5   Court.  Please be seated and come to order.

 6              Your Honor, this afternoon we have Criminal Case

 7   No. 03-516-1, the United States of America v. James Odell

 8   Baxter, Jr.

 9              Mr. Baxter is present in the courtroom,

10   Your Honor.

11              The Probation Officers present for these

12   proceedings are Mr. McClellan and Mr. Hughes.

13              Will counsel for the parties please approach the

14   lectern and identify yourself for the record.

15              MR. GORMAN:  Good afternoon, Your Honor.  David

16   Gorman on behalf of the United States.

17              THE COURT:  Welcome.

18              MS. WICKS:  Good afternoon, Your Honor.

19   Jenifer Wicks on behalf of Mr. Baxter.  And I apologize;

20   I didn't get the chambers message until late this afternoon.

21              THE COURT:  All right.  Thank you.

22              All right, Counsel.  Is there counsel here for

23   Washington Teachers Union?

24              MS. KRIEGER:  Yes, Your Honor.

25              THE COURT:  Come on up.
```

1          Enter an appearance.  You have a motion pending

2    before the Court.

3          MS. KRIEGER:  Thank you, Your Honor.

4          Kathy Krieger of James & Hoffman for the

5    Washington Teachers Union.

6          THE COURT:  All right.

7          You can sit at the table, ma'am, if you'd like.

8          All right.  Probation, come on up.

9          What's your status report for now, anyway?

10         PROBATION OFFICER:  Good afternoon, Your Honor.

11         THE COURT:  Good afternoon.

12         PROBATION OFFICER:  Mr. Baxter is currently being

13   supervised in the District of Maryland.  He has been

14   complying with his supervision, and he has paid monthly

15   payments in the amount of $300 towards his restitution.

16         To date, Mr. Baxter has paid -- has made a total

17   amount payment of $88,735 towards his restitution.

18         THE COURT:  How much?

19         PROBATION OFFICER:  $88,735 towards his total

20   restitution, towards the joint restitution.

21         THE COURT:  Is that just from him alone or is that

22   from all three of the --

23         PROBATION OFFICER:  All three.  That's the total.

24         THE COURT:  It's the total for all three

25   defendants?

```
 1              PROBATION OFFICER:  Yes, sir.  Remaining balance
 2    of $4,150,750 remains.
 3              THE COURT:  All right.
 4              Now, his supervision is scheduled to be completed
 5    on the 7th of the month; is that right?
 6              PROBATION OFFICER:  Yes, sir.
 7              THE COURT:  All right.
 8              And under the statute, the Court cannot extend it;
 9    is that correct?
10              PROBATION OFFICER:  That is correct.
11              THE COURT:  But the U.S. Attorney's Office will
12    continue to collect money towards the payment of his
13    restitution, right?
14              PROBATION OFFICER:  Yes, sir.  The Financial
15    Litigation Unit of the United States Attorney's Office has
16    up to 20 years to collect the remaining balance of his
17    restitution, and a payment agreement has already been placed
18    in effect to commence on June 20th, 2018, and for him to pay
19    $300 a month by the 20th of each month.
20              THE COURT:  What was that date again that you said
21    it would start?
22              PROBATION OFFICER:  It would start June 20th,
23    2018.
24              THE COURT:  All right.  Now, as I understand it,
25    Probation isn't familiar with the Teachers Union motion to
```

1    adjust his restitution payment; is that correct?

2            PROBATION OFFICER:  That is correct.

3            THE COURT:  All right.  But as I also understand

4    it, if the Court were to order him to pay some portion of

5    what's left of that $40,000 that he recovered, the Court

6    could continue today's hearing for a brief period of time to

7    ensure that that's actually occurred; is that right?

8            PROBATION OFFICER:  Yes, sir.

9            THE COURT:  Very good.

10           All right.  Thank you very much.  I'll get back to

11   you if I have any other questions.

12           PROBATION OFFICER:  Thank you, Your Honor.

13           THE COURT:  Let's hear from Government's counsel

14   on the Teachers Union's motion to adjust restitution payment

15   for the 40,000, which is being held in escrow, being held in

16   escrow by his counsel's law firm.  Apparently, there's

17   something like 3,000 roughly that's due and owing to them.

18   But that leaves somewhere in the order of $37,000.

19           What's the Government's thinking on that subject?

20           MR. McDANIEL:  Good afternoon, Your Honor.

21   Oliver McDaniel for the United States on this issue.

22           THE COURT:  Mr. McDaniel, welcome back.

23           MR. McDANIEL:  Thank you.  Good to see the Court.

24           Our position, Your Honor, as may have been

25   evidenced from our notice, was we think he ought to be

1    paying.  We believe that his financial circumstances are not

2    so onerous that it wouldn't allow him to pay some, at least

3    some portion of this figure in support of his quite

4    substantial restitution obligation.

5           We think the law supports it, the 3664(k).

6    Certainly when you think about the analysis of material

7    change, it's certainly been a material change.  And even

8    though the Court does, in this circumstance, analyze the

9    financial circumstances of the defendant here, we think his

10   financial circumstances, as stated, are not so onerous that

11   it wouldn't permit --

12          THE COURT:  Now, under this arrangement that

13   Probation was just pointing out, sir, Mr. McDaniel, the new

14   payment plan will begin on June 20th of this year.

15          MR. McDANIEL:  That's correct.

16          THE COURT:  And how much a month will it be, at

17   least initially, on that payment plan?

18          MR. McDANIEL:  The same.  $300 a month, beginning

19   on June 20, 2018.

20          THE COURT:  Which comes out, roughly, to $3600 a

21   year.  And obviously, at that rate, getting the 4.1 million

22   is a long ways away.

23          MR. McDANIEL:  It's going to be difficult, yes.

24          THE COURT:  Almost impossible.

25          Depending upon his circumstances, would the Court

1   have any option to increase the 300 to a larger number down

2   the road?

3           MR. McDANIEL:  Your Honor, what we do is we look

4   at his financial circumstances ourselves.  We periodically

5   get financial statements from him.  We also can continue to

6   do discovery.  We look at his credit report.

7           We also run a number of other analyses to try to

8   see if we can determine what's going on.

9           And based on that, we can, under the terms of the

10  agreement, increase that monthly payment.

11          THE COURT:  Okay.

12          MR. McDANIEL:  We can also seek other mechanisms

13  under the Federal Debt Collection Procedure Act --

14          THE COURT:  Okay.

15          MR. McDANIEL:  -- that would allow us to collect

16  any amount that we see available.

17          THE COURT:  Very good.

18          All right, Mr. McDaniel, thank you for your help.

19          MR. McDANIEL:  Thank you, Your Honor.

20          THE COURT:  I'll hear from the Teachers Union

21  counsel.  If you want to address the Court, it's up to you.

22          MS. KRIEGER:  Your Honor, I think we've said

23  everything we know and everything we can find out about our

24  rights under the law.  In our papers we haven't seen

25  anything from Mr. Baxter's counsel that suggests that

1    there's any basis for him holding back any of this money.

2    And so we appreciate the Court's paying close attention to

3    the circumstances.

4            As you pointed out, Your Honor, at $3600 a year,

5    even at the extended 20-year ability, that will not come

6    close to paying the amount.  And it would take almost that

7    full amount of time to pay the $40,000 that he currently has

8    in hand.  Rather than face the uncertainty in the future,

9    we would ask the Court to order that all or most of it be

10   paid toward restitution now.

11           THE COURT:  The balance is roughly 36,000 or

12   33- --

13           MS. KRIEGER:  We have only the representation that

14   there were roughly 3,000-and-some in expenses owed to his

15   counsel, but we know nothing more of the circumstances than

16   that.

17           THE COURT:  You have no reason to doubt that,

18   do you?

19           MS. KRIEGER:  We don't.  We don't contest that

20   representation.

21           THE COURT:  All right.  Thank you, ma'am.

22           MS. KRIEGER:  Thank you, Your Honor.

23           THE COURT:  I'll hear from Ms. Wicks.

24           MS. WICKS:  Thank you, Your Honor.

25           THE COURT:  You're welcome.

1          MS. WICKS:  Your Honor, as the United States is

2    aware, Mr. Baxter continues to fill out financial statements

3    for them.  There's a significant amount of money that he

4    owes to the IRS, which is being garnished from his Social

5    Security check as well.

6          As I indicated in our opposition, there's about a

7    little over, I think, 22 percent of his monthly income that

8    is paid towards the Washington Teachers Union judgment and

9    the IRS.

10         There has been a material change in his finances

11   since the Court sentenced him, and his financial -- he has a

12   negative net worth otherwise.

13         So the problem is the -- for the reasons that we

14   stated in the motion, we don't believe that the money that

15   he received in the settlement should be deemed income.  And,

16   in fact, when offset against the huge negative net worth,

17   while he could pay off debt, it doesn't change his monthly

18   situation.

19         He has, I think, been -- as the Court knows, he

20   did the 900 hours of community service within the first two

21   years, so exceeding the rate that the Court ordered him by

22   50 percent.

23         And he's made every effort to comply with what the

24   United States Attorney's Office financial unit has been

25   asking for him and paying the monthly payments.  So he --

1          THE COURT:  How much of that 40,000 is owed to the

2     law firm that represented him in that suit?

3          MS. WICKS:  The representation that the lawyer

4     made to me was -- he didn't send me a bill, but it was a

5     little bit over 3800.

6          THE COURT:  3800?

7          MS. WICKS:  In expenses, yes.

8          They represented him pro bono in the suit.

9          THE COURT:  I see.

10          All right.

11          Do you have anything else you'd like to add?

12          MS. WICKS:  No.  For the reasons in our motion and

13     because of Mr. Baxter's financial situation, his age, and

14     the fact that he's retired, we would ask that the Court

15     allow him to use those funds towards his other debts.

16          THE COURT:  Okay.

17          MS. WICKS:  Thank you.

18          THE COURT:  The Court has reviewed the pleadings

19     and has decided to grant the Washington Teachers Union

20     motion for an adjustment.

21          The Court presided over the trial in this case and

22     is particularly mindful of the enormity of the fraud

23     involved here and the pain that that caused to people who

24     were members of the Teachers Union in this city.  This was a

25     particularly egregious fraud case.

1           At the time, it was considered one of the largest

2    in many decades, frankly, here in the District of Columbia.

3    It was a 12-week trial.

4           The Government went to great burden and great

5    expense to put on their case.  They put on their case

6    successfully.

7           And it was a particularly heinous criminal set of

8    actions by the defendant and the other two defendants, one

9    of whom pled guilty and one of whom went to trial with him.

10           So the Court believes that there has been a

11    material change, as is required by law.  And the Court feels

12    it's necessary and fair that those monies not -- I'm going

13    to use the representations that have been made and just

14    round it off to 36,000.  So the 36 of the 40,000 be paid

15    over to -- in restitution to the victims in this case.

16           The Court will, pursuant to the suggestion, and

17    I think a good suggestion, I might add, by the

18    Probation Office, I'll continue the hearing.  There's a sum

19    that's still outstanding in this case so that the Court

20    retains jurisdiction.

21           I'll continue the hearing for a couple of weeks to

22    give Mr. Baxter the time, working with his counsel, to take

23    the money out of escrow and settle his account with them for

24    the 3800, roughly, and the balance of it to be transferred

25    over to the Victims Fund as part of the restitution here and

1  give him full credit for that towards the restitution of --

2  balance of the 4.1 million that's still outstanding in this

3  case.

4          So I'll set it down for a hearing in two weeks.

5  Hopefully, two weeks will be enough time to settle the

6  account with the law firm and to have a check issued for

7  36,000 and have the check paid out.

8          I'll set a hearing two weeks from now to ensure

9  it's happened.  And if there's any complications or

10  problems, then I'll hear about them at that hearing.  And

11  hopefully, that won't be the case.

12          And if it's all been taken care of, then I won't

13  need to have the hearing.  I'll just -- you know, if I'm

14  informed by the Government, with obvious notice to the

15  defense, that the payment has occurred and that the

16  Probation Office is aware of it and everyone is aware of it,

17  then there won't be any need for me to have a follow-up

18  hearing.

19          But I'm going to have a follow-up hearing on the

20  books in the event I need to have a follow-up hearing to

21  make sure that that 36,000 is transferred over to the

22  Victims Fund for credit towards the 4.1 million that is

23  still outstanding in this particular case.

24          John, what's two weeks from today look like in the

25  afternoon?

1              Fine.

2              So I'll set it for two weeks from today.  That's

3    the 17th of May, Counsel, and I'll set it for 3:00.

4              MS. WICKS:  Your Honor, I'm actually unavailable

5    on that date.  I was wondering if we could look at Monday,

6    the 21st.

7              THE COURT:  How's that look, John?

8              Okay.  Does that work for the Government?

9              MR. GORMAN:  Yes, Your Honor.

10             THE COURT:  Okay.

11             MS. WICKS:  Thank you, Your Honor.

12             THE COURT:  May 21st at 3:00 p.m.

13             And, like I said before, if the Government

14   receives proof that everything is taken care of, Probation's

15   satisfied with that, then there won't be really a need to

16   have a follow-up hearing.  And then the Court's jurisdiction

17   will lapse because the supervision will lapse on that

18   occasion.

19             But if there's a problem, we will be back here,

20   and we'll deal with it at that time.

21             But I think that should be enough time to get all

22   this done.  It's a relatively uncomplicated transaction.

23   It's paying off a bill for a law firm and then getting a

24   check cut for the balance of it that's in an escrow account

25   somewhere.

1            So any questions for the Government?

2            MR. McDANIEL:  No, Your Honor.

3            THE COURT:  Any questions for the defense?

4            MS. WICKS:  No.  Thank you, your Honor.

5            THE COURT:  All right.  We'll stand in recess.

6            COURTROOM DEPUTY:  All rise.

7            This Honorable Court will stand in recess until

8     the return of court.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:  August 10, 2018_____    /S/__William P. Zaremba_____

                                    William P. Zaremba, RMR, CRR

**$**

$300 [3]   4/15 5/19 7/18
$3600 [2]   7/20 9/4
$37,000 [1]   6/18
$4,150,750 [1]   5/2
$40,000 [2]   6/5 9/7
$88,735 [2]   4/17 4/19

**/**

/s [1]   16/7

**0**

03-516-1 [2]   1/4 3/7
0500 [1]   2/4
0555 [1]   2/5
0867 [1]   1/24

**1**

10 [1]   16/7
1130 [1]   2/3
12-week [1]   12/3
17th [1]   14/3

**2**

20 [2]   5/16 7/19
20-year [1]   9/5
20001 [1]   2/12
20004 [1]   1/23
20036 [1]   2/4
2018 [5]   1/5 5/18 5/23
  7/19 16/7
202 [8]   1/18 1/18 1/22
  1/23 1/24 2/4 2/5 2/13
20530 [1]   1/17
20th [4]   5/18 5/19 5/22
  7/14
21st [2]   14/6 14/12
22 [1]   10/7
252-7559 [1]   1/18
252-7561 [1]   1/18

**3**

3,000 [1]   6/17
3,000-and-some [1]   9/14
300 [1]   8/1
3004 [1]   1/23
3249 [1]   2/13
33 [1]   9/12
333 [1]   2/11
354-3249 [1]   2/13
36 [1]   12/14
36,000 [4]   9/11 12/14 13/7
  13/21
3664 [1]   7/5
3800 [3]   11/5 11/6 12/24
393-3004 [1]   1/23
3:00 [2]   14/3 14/12

**4**

4.1 million [3]   7/21 13/2
  13/22
40,000 [3]   6/15 11/1 12/14
400 [1]   1/22
478-0867 [1]   1/24
496-0500 [1]   2/4
496-0555 [1]   2/5
4:54 [1]   1/6

**5**

50 [1]   10/22

**555**

555 [1]   1/17

**6**

6511 [1]   2/12

**7**

7559 [1]   1/18
7561 [1]   1/18
7th [2]   1/22 5/5

**9**

900 [1]   10/20
950 [1]   2/3

**A**

ability [1]   9/5
about [4]   7/6 8/23 10/6
  13/10
above [1]   16/4
above-titled [1]   16/4
account [3]   12/23 13/6
  14/24
Act [1]   8/13
actions [1]   12/8
actually [2]   6/7 14/4
add [2]   11/11 12/17
address [1]   8/21
adjust [2]   6/1 6/14
adjustment [1]   11/20
afternoon [8]   3/6 3/15
  3/18 3/20 4/10 4/11 6/20
  13/25
again [1]   5/20
against [1]   10/16
age [1]   11/13
agreement [2]   5/17 8/10
aided [1]   2/14
al [1]   1/6
all [21]
All right [2]   4/8 8/18
allow [3]   7/2 8/15 11/15
almost [2]   7/24 9/6
alone [1]   4/21
already [1]   5/17
also [4]   6/3 8/5 8/7 8/12
AMERICA [2]   1/3 3/7
amount [6]   4/15 4/17 8/16
  9/6 9/7 10/3
analyses [1]   8/7
analysis [1]   7/6
analyze [1]   7/8
any [9]   6/11 8/1 8/16 9/1
  9/1 13/9 13/17 15/1 15/3
anything [2]   8/25 11/11
anyway [1]   4/9
apologize [1]   3/19
Apparently [1]   6/16
appearance [1]   4/1
APPEARANCES [2]   1/14 2/1
appreciate [1]   9/2
approach [1]   3/13
are [3]   3/12 7/1 7/10
arrangement [1]   7/12
as [11]   5/24 6/3 6/24 7/10
  9/4 10/1 10/5 10/6 10/19
  12/11 12/25
ask [2]   9/9 11/14
asking [1]   10/25
at [13]   4/7 7/2 7/16 7/21
  8/4 8/6 9/4 9/5 12/1 13/10
  14/5 14/12 14/20

**B**

attention [1]   9/2
ATTORNEY'S [4]   1/16 5/11
  5/15 10/24
August [1]   16/7
available [1]   8/16
Avenue [2]   2/3 2/11
aware [3]   10/2 13/16 13/16
away [1]   7/22

**B**

back [4]   6/10 6/22 9/1
  14/19
balance [6]   5/1 5/16 9/11
  12/24 13/2 14/24
based [1]   8/9
basis [1]   9/1
BAXTER [8]   1/6 3/12 3/9
  3/19 4/12 4/16 10/2 12/22
Baxter's [2]   8/25 11/13
be [15]   3/5 5/4 6/25 7/16
  7/23 9/9 10/15 12/14 12/24
  13/5 13/11 13/17 14/15
  14/19 14/21
because [2]   11/13 14/17
been [10]   4/13 5/17 6/24
  7/7 10/10 10/19 10/24
  12/10 12/13 13/12
before [3]   1/11 4/2 14/13
begin [1]   7/14
beginning [1]   7/18
behalf [2]   3/16 3/19
being [4]   4/12 6/15 6/15
  10/4
believe [2]   7/1 10/14
believes [1]   12/10
bill [2]   11/4 14/23
bit [1]   11/5
bono [1]   11/8
books [2]   13/20
brief [1]   6/6
burden [1]   12/4
but [8]   5/11 6/3 6/18 9/15
  11/4 13/19 14/19 14/21

**C**

can [6]   4/7 8/5 8/8 8/9
  8/12 8/23
cannot [1]   5/8
care [2]   13/12 14/14
case [10]   3/6 11/21 11/25
  12/5 12/5 12/15 12/19 13/3
  13/11 13/23
caused [1]   11/23
certainly [2]   7/6 7/7
Certified [1]   2/10
certify [1]   16/2
chambers [1]   3/20
change [5]   7/7 7/7 10/10
  10/17 12/11
check [4]   10/5 13/6 13/7
  14/24
circumstance [1]   7/8
circumstances [7]   7/1 7/9
  7/10 7/25 8/4 9/3 9/15
city [1]   11/24
close [2]   9/2 9/6
collect [3]   5/12 5/16 8/15
Collection [1]   8/13
COLUMBIA [3]   1/1 1/16 12/2
come [4]   3/5 3/25 4/8 9/5
comes [1]   7/20

**C**

commence [1]   5/18
community [1]   10/20
completed [1]   5/4
complications [1]   13/9
comply [1]   10/23
complying [1]   4/14
computer [1]   2/14
computer-aided [1]   2/14
Connecticut [1]   2/3
considered [1]   12/1
Constitution [1]   2/11
contest [1]   9/19
continue [5]   5/12 6/6 8/5
  12/18 12/21
CONTINUED [1]   2/1
continues [1]   10/2
correct [6]   5/9 5/10 6/1
  6/2 7/15 16/3
could [3]   6/6 10/17 14/5
counsel [9]   3/13 3/22 3/22
  6/13 8/21 8/25 9/15 12/22
  14/3
counsel's [1]   6/16
couple [1]   12/21
court [26]
Court's [2]   9/2 14/16
Courthouse [1]   2/11
courtroom [1]   3/9
CR [1]   1/4
credit [3]   8/6 13/1 13/22
criminal [2]   3/6 12/7
CRR [2]   16/2 16/8
currently [2]   4/12 9/7
cut [1]   14/24

**D**

D.C [3]   1/5 2/4 2/12
Darryl [1]   2/7
date [4]   4/16 5/20 14/5
  16/7
David [2]   1/15 3/15
david.gorman2 [1]   1/19
DC [2]   1/17 1/23
deal [1]   14/20
debt [2]   8/13 10/17
debts [1]   11/15
decades [1]   12/2
decided [1]   11/19
deemed [1]   10/15
defendant [4]   1/7 1/21 7/9
  12/8
defendants [2]   4/25 12/8
defense [2]   13/15 15/3
Depending [1]   7/25
determine [1]   8/8
did [1]   10/20
didn't [2]   3/20 11/4
difficult [1]   7/23
discovery [1]   8/6
DISTRICT [6]   1/1 1/1 1/12
  1/16 4/13 12/2
District of Columbia [1]
  12/2
do [4]   8/3 8/6 9/18 11/11
do you [1]   9/18
Do you have [1]   11/11
does [2]   7/8 14/8
doesn't [1]   10/17
don't [3]   9/19 9/19 10/14

done [1]   14/22
doubt [1]   9/17
down [2]   8/1 13/4
due [1]   6/17

**E**

each [1]   5/19
effect [1]   5/18
effort [1]   10/23
egregious [1]   11/25
else [1]   11/11
enormity [1]   11/22
enough [2]   13/5 14/21
ensure [2]   6/7 13/8
Enter [1]   4/1
escrow [4]   6/15 6/16 12/23
  14/24
Esq [2]   1/15 1/21
et [1]   1/6
even [2]   7/7 9/5
event [1]   13/20
every [1]   10/23
everyone [1]   13/16
everything [3]   8/23 8/23
  14/14
evidenced [1]   6/25
exceeding [1]   10/21
expense [1]   12/5
expenses [2]   9/14 11/7
extend [1]   5/8
extended [1]   9/5

**F**

face [1]   9/8
fact [2]   10/16 11/14
fair [1]   12/12
familiar [1]   5/25
fax [3]   1/18 1/24 2/5
Federal [1]   8/13
feels [1]   12/11
figure [1]   7/3
fill [1]   10/2
finances [1]   10/10
financial [10]   5/14 7/1
  7/9 7/10 8/4 8/5 10/2
  10/11 10/24 11/13
find [1]   8/23
Fine [1]   14/1
firm [4]   6/16 11/2 13/6
  14/23
first [1]   10/20
follow [4]   13/17 13/19
  13/20 14/16
follow-up [4]   13/17 13/19
  13/20 14/16
foregoing [1]   16/3
Fourth [1]   1/17
frankly [1]   12/2
fraud [2]   11/22 11/25
full [2]   9/7 13/1
Fund [2]   12/25 13/22
funds [1]   11/15
future [1]   9/8

**G**

garnished [1]   10/4
get [4]   3/20 6/10 8/5
  14/21
getting [2]   7/21 14/23
give [2]   12/22 13/1
God [1]   3/4

going [4]   7/23 8/8 12/12
  13/19
good [9]   3/15 3/18 4/10
  4/11 6/9 6/20 6/23 8/17
  12/17
Gorman [2]   1/15 3/16
Government [6]   1/15 12/4
  13/14 14/8 14/13 15/1
Government's [2]   6/13 6/19
grant [1]   11/19
great [2]   12/4 12/4
guilty [1]   12/9

**H**

hand [1]   9/8
happened [1]   13/9
has [15]   4/13 4/14 4/16
  4/16 5/15 5/17 9/7 10/10
  10/11 10/19 10/24 11/18
  11/19 12/10 13/15
have [16]   3/6 4/1 6/11
  6/24 8/1 9/13 9/17 11/11
  12/13 13/6 13/7 13/13
  13/17 13/19 13/20 14/16
haven't [1]   8/24
he [13]   4/13 4/14 6/5 6/25
  9/7 10/3 10/11 10/15 10/17
  10/19 10/19 10/25 11/4
he's [2]   10/23 11/14
hear [4]   6/13 8/20 9/23
  13/10
hearing [12]   1/11 6/6
  12/18 12/21 13/4 13/8
  13/10 13/13 13/18 13/19
  13/20 14/16
heinous [1]   12/7
held [2]   6/15 6/15
help [1]   8/18
here [6]   3/22 7/9 11/23
  12/2 12/25 14/19
him [14]   4/21 5/18 6/4 7/2
  8/5 9/1 10/11 10/21 10/25
  11/2 11/8 11/15 12/9 13/1
his [25]
HOFFMAN [2]   2/2 4/4
holding [1]   9/1
Honor [22]
HONORABLE [5]   1/11 3/2 3/3
  3/4 15/7
hopefully [2]   13/5 13/11
hours [1]   10/20
how [3]   4/18 7/16 11/1
How's [1]   14/7
huge [1]   10/16
Hughes [2]   2/7 3/12

**I**

I also [1]   6/3
I didn't [1]   3/20
I think [5]   8/22 10/7
  10/19 12/17 14/21
I understand [1]   5/24
I was [1]   14/5
I'll [11]   6/10 8/20 9/23
  12/18 12/21 13/4 13/8
  13/10 13/13 14/2 14/3
I'm [4]   12/12 13/13 13/19
  14/4
identify [1]   3/14
if [11]   4/7 6/4 6/11 8/8
  8/21 13/9 13/12 13/13 14/5

## I

if... [2]  14/13 14/19
II [1]  1/6
impossible [1]  7/24
in [40]
income [2]  10/7 10/15
increase [2]  8/1 8/10
indicated [1]  10/6
info [1]  1/24
informed [1]  13/14
initially [1]  7/17
involved [1]  11/23
IRS [2]  10/4 10/9
is [30]
is that correct [1]  6/1
is that right [1]  5/5
Is there [1]  3/22
isn't [1]  5/25
issue [1]  6/21
issued [1]  13/6
it's [9]  4/24 7/7 7/23
 8/21 12/12 13/9 13/12
 14/22 14/23

## J

JAMES [4]  1/6 2/2 3/7 4/4
jamhoff.com [1]  2/5
Jenifer [3]  1/21 1/21 3/19
Jenifer Wicks [1]  3/19
John [2]  13/24 14/7
joint [1]  4/20
Jr [1]  3/8
JUDGE [2]  1/12 3/3
judgment [1]  10/8
June [4]  5/18 5/22 7/14
 7/19
jurisdiction [2]  12/20
 14/16
just [4]  4/21 7/13 12/13
 13/13
jwickslaw.com [1]  1/24

## K

Kathy [2]  2/2 4/4
Kathy Krieger [1]  4/4
klkrieger [1]  2/5
know [3]  8/23 9/15 13/13
knows [1]  10/19
Krieger [2]  2/2 4/4

## L

lapse [2]  14/17 14/17
larger [1]  8/1
largest [1]  12/1
late [1]  3/20
law [8]  1/21 6/16 7/5 8/24
 11/2 12/11 13/6 14/23
lawyer [1]  11/3
least [2]  7/2 7/17
leaves [1]  6/18
lectern [1]  3/14
left [1]  6/5
LEON [2]  1/11 3/3
Let's [1]  6/13
like [7]  4/7 6/17 11/11
 13/24 14/13
Litigation [1]  5/15
little [2]  10/7 11/5
long [1]  7/22
look [5]  8/3 8/6 13/24

---

14/5 14/7

## M

ma'am [2]  4/7 9/21
made [4]  4/16 10/23 11/4
 12/13
make [1]  13/21
many [1]  12/2
Maryland [1]  4/13
material [4]  7/6 7/7 10/10
 12/11
matter [1]  16/4
may [4]  1/5 6/24 14/3
 14/12
McClellan [2]  2/7 3/12
McDaniel [5]  1/15 6/21
 6/22 7/13 8/18
me [3]  11/4 11/4 13/17
mechanical [1]  2/14
mechanisms [1]  8/12
members [1]  11/24
Merit [1]  2/9
message [1]  3/20
might [1]  12/17
million [3]  7/21 13/2
 13/22
mindful [1]  11/22
Monday [1]  14/5
money [5]  5/12 9/1 10/3
 10/14 12/23
monies [1]  12/12
month [5]  5/5 5/19 5/19
 7/16 7/18
monthly [5]  4/14 8/10 10/7
 10/17 10/25
more [1]  9/15
most [1]  9/9
motion [6]  4/1 5/25 6/14
 10/14 11/12 11/20
Movant [1]  2/2
Mr. [13]  3/9 3/12 3/12
 3/19 4/12 4/16 6/22 7/13
 8/18 8/25 10/2 11/13 12/22
Mr. Baxter [6]  3/9 3/19
 4/12 4/16 10/2 12/22
Mr. Baxter's [2]  8/25
 11/13
Mr. Hughes [1]  3/12
Mr. McClellan [1]  3/12
Mr. McDaniel [3]  6/22 7/13
 8/18
Ms. [1]  9/23
Ms. Wicks [1]  9/23
much [4]  4/18 6/10 7/16
 11/1

## N

necessary [1]  12/12
need [4]  13/13 13/17 13/20
 14/15
negative [2]  10/12 10/16
net [2]  10/12 10/16
new [1]  7/13
no [6]  1/4 3/7 9/17 11/12
 15/2 15/4
not [4]  7/1 7/10 9/5 12/12
nothing [1]  9/15
notice [2]  6/25 13/14
now [7]  3/3 4/9 5/4 5/24
 7/12 9/10 13/8
number [2]  8/1 8/7

---

NW [4]  1/17 1/22 2/3 2/11

## O

obligation [1]  7/4
obvious [1]  13/14
obviously [1]  7/21
occasion [1]  14/18
occurred [2]  6/7 13/15
ODELL [2]  1/6 3/7
off [3]  10/17 12/14 14/23
OFFICE [6]  1/16 5/11 5/15
 10/24 12/18 13/16
Officer [1]  2/7
Officers [1]  3/11
OFFICES [1]  1/21
Official [1]  2/10
offset [1]  10/16
Okay [5]  8/11 8/14 11/16
 14/8 14/10
Oliver [2]  1/15 6/21
Oliver McDaniel [1]  6/21
oliver.mcdaniel [1]  1/19
on [19]
one [3]  12/1 12/8 12/9
onerous [2]  7/2 7/10
only [1]  9/13
opposition [1]  10/6
option [1]  8/1
or [4]  4/21 9/9 9/11 13/9
order [4]  3/5 6/4 6/18 9/9
ordered [1]  10/21
other [5]  6/11 8/7 8/12
 11/15 12/8
otherwise [1]  10/12
ought [1]  6/25
our [6]  6/24 6/25 8/23
 8/24 10/6 11/12
ourselves [1]  8/4
out [7]  7/13 7/20 8/23 9/4
 10/2 12/23 13/7
outstanding [3]  12/19 13/2
 13/23
over [6]  10/7 11/5 11/21
 12/15 12/25 13/21
owed [2]  9/14 11/1
owes [1]  11/1
owing [1]  6/17

## P

P.C [1]  2/2
p.m [2]  1/6 14/12
paid [6]  4/14 4/16 9/10
 10/8 12/14 13/7
pain [1]  11/23
papers [1]  8/24
part [1]  12/25
particular [1]  13/23
particularly [3]  11/22
 11/25 12/7
parties [1]  3/13
pay [5]  5/18 6/4 7/2 9/7
 10/17
paying [5]  7/1 9/2 9/6
 10/25 14/23
payment [9]  4/17 5/12 5/17
 6/1 6/14 7/14 7/17 8/10
 13/15
payments [2]  4/15 10/25
pending [1]  4/1
people [1]  11/23
percent [2]  10/7 10/22

**P**

period [1]  6/6
periodically [1]  8/4
permit [1]  7/11
placed [1]  5/17
Plaintiff [1]  1/4
plan [2]  7/14 7/17
pleadings [1]  11/18
please [2]  3/5 3/13
pled [1]  12/9
pointed [1]  9/4
pointing [1]  7/13
portion [2]  6/4 7/3
position [1]  6/24
present [2]  3/9 3/11
presided [1]  11/21
presiding [1]  3/4
pro [1]  11/8
Probation [7]  2/7 3/11 4/8
 5/25 7/13 12/18 13/16
Probation Office [2]  12/18
 13/16
Probation's [1]  14/14
problem [2]  10/13 14/19
problems [1]  13/10
Procedure [1]  8/13
proceedings [3]  2/14 3/12
 16/3
produced [1]  2/14
proof [1]  14/14
pursuant [1]  12/16
put [2]  12/5 12/5

**Q**

questions [3]  6/11 15/1
 15/3
quite [1]  7/3

**R**

rate [2]  7/21 10/21
Rather [1]  9/8
really [1]  14/15
Realtime [1]  2/10
reason [1]  9/17
reasons [2]  10/13 11/12
received [1]  10/15
receives [1]  14/14
recess [2]  15/5 15/7
record [2]  3/14 16/3
recorded [1]  2/14
recovered [1]  6/5
Registered [1]  2/9
relatively [1]  14/22
remaining [2]  5/1 5/16
remains [1]  5/2
report [2]  4/9 8/6
Reporter [4]  2/9 2/9 2/10
 2/10
representation [3]  9/13
 9/20 11/3
representations [1]  12/13
represented [2]  11/2 11/8
required [1]  12/11
restitution [13]  4/15 4/17
 4/20 4/20 5/13 5/17 6/1
 6/14 7/4 9/10 12/15 12/25
 13/1
retains [1]  12/20
retired [1]  11/14
return [1]  15/8

reviewed [1]  11/18
RICHARD [2]  1/11 3/3
right [16]  3/21 3/22 4/6
 4/8 5/3 5/5 5/7 5/13 5/24
 6/3 6/7 6/10 8/18 9/21
 11/10 15/5
rights [1]  8/24
rise [2]  3/2 15/6
RMR [2]  16/2 16/8
road [1]  8/2
Room [1]  2/12
roughly [5]  6/17 7/20 9/11
 9/14 12/24
round [1]  12/14
run [1]  8/7
Ryan [1]  2/7

**S**

said [3]  5/20 8/22 14/13
same [2]  7/18
satisfied [1]  14/15
save [1]  3/4
scheduled [1]  5/4
seated [1]  3/5
Security [1]  10/5
see [4]  6/23 8/8 8/16 11/9
seek [1]  8/12
seen [1]  8/24
send [1]  11/4
sentenced [1]  10/11
service [1]  10/20
session [1]  3/3
set [5]  12/7 13/4 13/8
 14/2 14/3
settle [2]  12/23 13/5
settlement [1]  10/15
should [2]  10/15 14/21
significant [1]  10/3
since [1]  10/11
sir [5]  5/1 5/6 5/14 6/8
 7/13
sit [1]  4/7
situation [2]  10/18 11/13
so [12]  7/2 7/10 9/2 10/13
 10/21 10/25 12/10 12/14
 12/19 13/4 14/2 15/1
Social [1]  10/4
some [4]  6/4 7/2 7/3 9/14
something [1]  6/17
somewhere [2]  6/18 14/25
stand [2]  15/5 15/7
start [2]  5/21 5/22
stated [2]  7/10 10/14
statements [2]  8/5 10/2
STATES [10]  1/1 1/3 1/12
 3/4 3/7 3/16 5/15 6/21
 10/1 10/24
status [2]  1/11 4/9
statute [1]  5/8
stenography [1]  2/14
still [3]  12/19 13/2 13/23
Street [2]  1/17 1/22
subject [1]  6/19
substantial [1]  7/4
successfully [1]  12/6
suggestion [2]  12/16 12/17
suggests [1]  8/25
suit [2]  11/2 11/8
Suite [2]  1/22 2/3
sum [1]  12/18
supervised [1]  4/13

supervision [3]  4/14 5/4
 14/17
support [1]  7/3
supports [1]  7/5
sure [2]  13/21

**T**

table [1]  4/7
take [2]  9/6 12/22
taken [2]  13/12 14/14
Teachers [8]  3/23 4/5 5/25
 6/14 8/20 10/8 11/19 11/24
terms [1]  9/8
than [2]  9/8 9/15
thank [13]  3/21 4/3 6/10
 6/12 6/23 8/18 8/19 9/21
 9/22 9/24 11/17 14/11 15/4
thank you [9]  3/21 4/3
 6/12 6/23 8/18 8/19 9/21
 9/22 9/24
Thank you very much [1]
 6/10
that's [8]  4/23 6/7 6/17
 7/15 12/19 13/2 14/2 14/24
their [2]  12/5 12/5
them [4]  6/17 10/3 12/23
 13/10
then [6]  13/10 13/12 13/17
 12/10 13/17 14/15
there [6]  3/22 9/14 10/10
 12/10 13/17 14/15
there's [7]  6/16 9/1 10/3
 10/6 12/18 13/9 14/19
They [2]  11/8 12/5
think [9]  6/25 7/5 7/6 7/9
 8/22 10/7 10/19 12/17
 14/21
thinking [1]  6/19
though [1]  7/8
three [3]  4/22 4/23 4/24
time [7]  6/6 9/7 12/1
 12/22 13/5 14/20 14/21
titled [1]  16/4
today [2]  13/24 14/2
today's [1]  6/6
total [4]  4/16 4/19 4/23
 4/24
toward [1]  9/10
towards [9]  4/15 4/17 4/19
 4/20 5/12 10/8 11/15 13/1
 13/22
transaction [1]  14/22
transcript [3]  1/11 2/14
 16/3
transcription [1]  2/14
transferred [2]  12/24
 13/21
trial [3]  11/21 12/3 12/9
try [1]  8/7
two [7]  10/20 12/8 13/4
 13/5 13/8 13/24 14/2

**U**

U.S [2]  1/16 2/11
U.S. [1]  5/11
U.S. Attorney's Office [1]
 5/11
unavailable [1]  14/4
uncertainty [1]  9/8
uncomplicated [1]  14/22
under [5]  5/8 7/12 8/9

## U

under... [2]   8/13 8/24
understand [2]   5/24 6/3
Union [7]   3/23 4/5 5/25
 8/20 10/8 11/19 11/24
Union's [1]   6/14
unit [2]   5/15 10/24
UNITED [10]   1/1 1/3 1/12
 3/4 3/7 3/16 5/15 6/21
 10/1 10/24
United States [4]   3/16
 6/21 10/1 10/24
United States Attorney's Office [1]
 5/15
United States of America [1]
 3/7
until [2]   3/20 15/7
up [8]   3/25 4/8 5/16 8/21
 13/17 13/19 13/20 14/16
upon [1]   7/25
us [1]   8/15
usdoj.gov [2]   1/19 1/19
use [2]   11/15 12/13

## V

very [3]   6/9 6/10 8/17
victims [3]   12/15 12/25
 13/22
Victims Fund [2]   12/25
 13/22

## W

want [1]   8/21
Washington [9]   1/5 1/17
 1/23 2/4 2/12 3/23 4/5
 10/8 11/19
ways [1]   7/22
we [29]
We believe [1]   7/1
we will [1]   14/19
we would [2]   9/9 11/14
we'll [2]   14/20 15/5
we've [1]   8/22
week [1]   12/3
weeks [6]   12/21 13/4 13/5
 13/8 13/24 14/2
welcome [3]   3/17 6/22 9/25
well [1]   10/5
went [2]   12/4 12/9
what [3]   5/20 8/3 10/23
what's [5]   4/9 6/5 6/19
 8/8 13/24
when [2]   7/6 10/16
which [3]   6/15 7/20 10/4
while [1]   10/17
who [1]   11/23
whom [2]   12/9 12/9
Wicks [4]   1/21 1/21 3/19
 9/23
will [11]   3/13 5/11 7/14
 7/16 9/5 12/16 13/5 14/17
 14/17 14/19 15/7
William [4]   2/9 16/2 16/7
 16/8
within [1]   10/20
won't [4]   13/11 13/12
 13/17 14/15
wondering [1]   14/5
work [1]   14/8
working [1]   12/22

worth [2]   10/12 10/16
would [7]   5/21 5/22 7/25
 8/15 9/6 9/9 11/14
wouldn't [2]   7/2 7/11

## Y

year [4]   7/14 7/21 9/4 9/5
years [2]   5/16 10/21
yes [8]   3/24 5/1 5/6 5/14
 6/8 7/23 11/7 14/9
you [25]
you'd [2]   4/7 11/11
your Honor [22]

## Z

Zaremba [4]   2/9 16/2 16/7
 16/8